ACCEPTED
14-14-00927-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 2:28:00 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00927-CV

**In the**
**Fourteenth Court of Appeals at Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 2:28:00 PM
CHRISTOPHER A. PRINE
Clerk

ULRIKA BJORKSTAM AND JOSEPH DANIEL DRAY,
*Appellants,*

v.

WOODWARD, INC.,
*Appellee.*

On Appeal from the 190th Judicial District Court Of
Harris County, Texas
Trial Cause No. 2010-31214
The Honorable Patricia J. Kerrigan, Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS' REPLY BRIEF**

Appellants Ulirka Bjorkstam and Joseph Daniel Dray file their Unopposed
Motion for Extension of Time to File Appellants' Reply Brief, pursuant to Tex. R.
App. P. 10.5(b).

1.      Presently, Appellants' Reply Brief is due July 15, 2015.

2.      Through this Unopposed Motion, Appellants seek an extension of
fourteen (14) days to file their Reply Brief.  Should the Court grant this Motion,
the new deadline will be July 29, 2015.

3.      This Motion is timely, pursuant to Tex. R. App. P. 38.6(d).

4. The requested extension of time is necessary because the undersigned has a heavy docket, including substantial involvement in the following matters:

> Case No. C2012-7881; *Jefi Jeannette Ochoa, et al. v. Giti Tire Corporation, et al.*; in the Superior Court of the State of Arizona in and for the County of Pima – hearing on Giti Tire (Fujian) Co., Ltd.'s and Giti Tire Corporation's Motions to Dismiss for Lack of Jurisdiction – occurred on July 10, 2015;

> Cause No. L-13-0061-CV-B; *Texas Crude Energy, LLC and Amber Harvest, LLC v. Burlington Resources Oil & Gas Company LP*; in the 156th District Court of Live Oak County, Texas – preparation of Plaintiffs' Motion for Reconsideration by the Court of Written Findings and Recommendations of the Master in Chancery with 29 Exhibits that total 679 pages – filed on July 13, 2015.

5. The requested extension is therefore necessary to allow Appellants adequate time to prepare their Reply Brief. The request for additional time is not made for delay, but only so that justice may be done.

6. These facts are within personal knowledge of the undersigned. Therefore, verification is unnecessary. Tex. R. App. P. 10.2.

7. Appellee's counsel has no objection to the requested extension of fourteen (14) days. Therefore, should the Court grant this Motion, the extension will not result in undue hardship or material harm to Appellee.

For these reasons, Appellants request that the Court grant their Unopposed Motion for Extension of Time to File Appellants' Reply Brief.

2

Respectfully submitted,

**PIERCE & O'NEILL, LLP**

*/s/ John C. Schwambach, Jr.*
John C. Schwambach, Jr.
Texas State Bar Number 17858450
4203 Montrose Boulevard
Houston, Texas 77006
713-634-3607  Direct
713-634-3600  Main
713-634-3601  Facsimile
jschwambach@pierceoneill.com

*Attorney for Appellants*

**CERTIFICATE OF CONFERENCE**

I, John C. Schwambach, Jr., counsel for Appellants, Ulrika Bjorkstam and Joseph Daniel Dray, hereby certify that I have conferred with Terry Adams, counsel for Appellee, about the merits of this Motion, and he is unopposed to this Motion.

*/s/ John C. Schwambach, Jr.*
**John C. Schwambach, Jr.**

# CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing was electronically filed and served upon all know counsel of record this 15th day of July, 2015.

<div style="display: flex;">
<div>

**John Michael Kelly**
(admitted pro hac vice)
jkelly@amm-law.com
**Gina Marie Diomedi**
(admitted pro hac vice)
gdiomedi@amm-law.com
**Christine Marie Niemczyk**
(admitted pro hac vice)
cniemczyk@amm-law.com
**ADLER MURPHY & MCQUILLEN LLP**
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860

</div>
<div>

**N. Terry Adams, Jr.**
tadams@bmpllp.com
**BIERNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, 25th Floor
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

</div>
</div>

*/s/ John C. Schwambach, Jr.*
**John C. Schwambach, Jr.**

908608.1